MICHAEL GILL v. BECA REALTY, INC.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS WEIGLEIN.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES WELLS.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK SMITH.

May 29, 1974. Petition for certification denied.

MICKEY PAPPAS v. WALTER SANTIAGO.

May 29, 1974. Petition for certification granted.

ROBERT A. HACKETT v.
PENSION LIFE INS. CO. OF AMERICA.

May 29, 1974. Petition for certification denied.